UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BILL HOLLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

1. Plaintiff Bill Hollis, (Plaintiff Hollis), is a citizen of the State of Missouri residing in St. Louis County.

2. Plaintiff Hollis brings this complaint against the United States of America pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §1346(b).

3. Plaintiff Hollis has exhausted his claims by filing the required claim forms with the defendant which were denied. *See* Ex. A (Bill Hollis administrative claim sans supporting documentation and signature. The signed claim form is in the possession of the defendant.) Defendant did not accept, deny, or adjudicate the Plaintiff's claim within the statutorily allotted period to do so; the lack of adjudication gives rise to the present action. Further, attached hereto is an acknowledgement letter received from the defendant to confirm Plaintiff's claim was in fact submitted to the defendant, along with the following communication. *See* Exhibit B (Acknowledgment Letter) and Exhibit C (Email Response.)

## INTRODUCTION

4. This action seeks damages for injuries to Plaintiff Hollis caused by the United States Postal Service driver Jamichael Culpepper when Culpepper drove his vehicle into the rear

of a vehicle operated by Plaintiff Hollis. The collision occurred in the 900 block of South Hanley Road in St. Louis County, Missouri on June 24, 2024.

## JURISDICTION AND VENUE

5. This court has jurisdiction over these claims against the United States for money damages pursuant to 28 U.S.C. §1402(b).

6. The acts and omissions giving rise to these claims occurred in the Eastern District of Missouri, Eastern Division; therefore, venue is proper under 28 U.S.C. §1402(b).

7. At all times relevant herein, Jamichael Culpepper was the agent of the United States Postal Service which in turn was the agent of the United States of America.

## GENERAL ALLEGATIONS

8. On or about June 24, 2024, Plaintiff Hollis was operating his 2005 Chevrolet C/K 1500 southbound on South Hanley Road in St. Louis County, Missouri.

9. At that time, Jamichael Culpepper was operating a 2020 Dodge Ram 2500 postal van southbound on South Hanley Road directly behind Plaintiff Hollis's vehicle.

10. The postal van then struck the rear of Plaintiff Hollis's vehicle.

11. Jamichael Culpepper owed a duty to other motorists to operate his vehicle with the highest degree of care. Jamichael Culpepper was negligent in that he:

    a. Drove the postal van into the rear of the Chevrolet,

    b. Failed to keep a careful lookout,

    c. Drove the postal van at an excessive speed,

    d. Failed to yield the right-of-way, and

    e. Followed the Chevrolet too closely.

## COUNT I – PLAINTIFF HOLLIS

12. As a direct and proximate result of the collision between the postal van and the Chevrolet, Plaintiff Hollis was injured.

13. Plaintiff Hollis sustained severe injuries to his left shoulder which required surgery and other medical interventions; among other maladies consistent with a violent rear-end collision.

14. Plaintiff Hollis' injuries were and are painful, progressive and permanent.

15. Plaintiff Hollis has incurred medical expenses in excess of $191,000.000 and will incur additional medical expenses in the future.

16. Plaintiff Hollis has lost income because of his injuries and will lose additional income in the future.

17. Plaintiff Hollis continues to have residual symptoms and physical limitations due to his injuries and is likely to require additional medical treatment in the future.

18. Under the Federal Torts Claims Act, Defendant United States of America is liable for damages and injuries suffered by Plaintiff Hollis resulting from or aggravated by the collision of June 24, 2024.

WHEREFORE, Plaintiff Hollis prays for judgment against Defendant for past and future medical expenses, past and future pain and suffering, past and future loss of enjoyment of life, and past and future lost wages in an amount which is fair and reasonable plus his costs.

Respectfully submitted,

THE BRUNING LAW FIRM, LLC

BY:   /s/ Dominic W. Sinclair
Dominic W. Sinclair, #74160MO
555 Washington Avenue, Suite 600A
St. Louis, MO 63101
Telephone: (314) 735-8100
Facsimile: (314) 735-8020
dominic@bruninglegal.com
*Attorney for Plaintiff*